Dennis Riccio (#027038)
**LAW OFFICE OF DENNIS RICCIO, PLLC**
8649 East Royal Palm #122
Scottsdale, AZ 85258
Phone: (602) 482-0422
Fax: (480) 247-5456
dennis@dennisricciolaw.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: TRACI L. BROWN<br><br>Debtor | NO. 2:11-bk-27750-SHG<br><br>**Chapter 13 Proceeding**<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

    Counsel for the debtor, TRACI L. BROWN, hereby requests permission to withdraw as attorney of record in the above captioned case. The reason for the representation is that the debtor will no longer cooperate with the attorney and the debtor desires other counsel. The debtor has been notified separately and in writing of the status of the case, including the date and time of any court hearings or trial settings and the need to comply with any court hearings or trial settings and the need to comply with any existing court orders, discovery requests and the possibility of sanctions for failure to comply.

    The contact information for the debtor is as follows:

Traci Brown
417 E Wikieup Ln.
Phoenix, AZ 85024
(623) 505-8911

WHEREFORE, it is requested that the Court enter a formal order granting withdrawal.

**DATED** this 21st day of July, 2016.

By /s/ Dennis Riccio
Dennis Riccio
Attorney For Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

EDWARD J. MANEY
courtecf@maney13trustee.com

BRADLEY DAVID PACK on behalf of Defendant ARIZONA FEDERAL CREDIT UNION
bdp@eblawyers.com, eag@eblawyers.com;bjc@eblawyers.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

I further certify that on July 21, 2016 I served a copy of the foregoing document by U.S. Mail on:

Traci Brown
417 E Wikieup Ln.
Phoenix, AZ 85024
(623) 505-8911

Edward G. Schloss Law Corporation
3637 Motor Avenue, Suite 220
Los Angeles, CA 90034

Edward J. Maney, Trustee
101 North First Avenue

Suite 1775
Phoenix, AZ 85003

BAYVIEW LOAN SERVICING LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146

CANDICA L.L.C.
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVE, STE 400
SEATTLE, WA 98121

EMILY LISANNE FAHRENBACH on behalf of Creditor ARIZONA FEDERAL CREDIT UNION
HEUPEL LAW
2375 E CAMELBACK RD #600
PHOENIX, AZ 85016

EMILY LISANNE FAHRENBACH on behalf of Defendant ARIZONA FEDERAL CREDIT UNION
ENGELMAN BERGER, PC
3636 N CENTRAL AVENUE, SUITE 700
PHOENIX, AZ 85012

By: /s/ Dennis Riccio