Dennis Riccio (#027038)
**LAW OFFICE OF DENNIS RICCIO, PLLC**
8649 East Royal Palm #122
Scottsdale, AZ 85258
Phone: (602) 482-0422
Fax: (480) 247-5456
dennis@dennisricciolaw.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: TRACI L. BROWN | NO. 2:11-bk-27750-SHG |
| Debtor | **Chapter 13 Proceeding** |
| | **ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD** |

BASED UPON the Motion to Withdraw as Counsel of Record and good cause appearing therein;

IT IS HEREBY ORDERED granting permission for Dennis Riccio to withdraw as counsel of record.

The contact information for the debtor is as follows:

Traci Brown
417 E Wikieup Ln.
Phoenix, AZ 85024
(623) 505-8911

                DATED AND SIGNED ABOVE