Edward J. Maney, Trustee, Bar #12256
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13Trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| TRACI L. BROWN | ) | Case No: 2: 11-27750-SHG |
| | ) | |
| | ) | |
| | ) | **TRUSTEE'S NOTICE OF COMPLETED** |
| Debtor(s) | ) | **PLAN** |
| | ) | |

    Edward J. Maney, CHAPTER 13 TRUSTEE, states that the debtor(s) in the above referenced Bankruptcy made all plan payments and complied with all requirements as stated in the Stipulated Order Confirming the Chapter 13 Plan. Since the petition date in this case is after October 16, 2005, the appropriate Affidavit must be filed by the Debtor(s) before the Court is to enter the discharge of the Debtor(s) pursuant to 11 U.S.C. §1328(a).

    The Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the debtor(s) in the above referenced case have been accounted for and no outstanding payments remain. The case will remain open pending the receipt of the Trustee's Final Report and Account.

See Electronic Signature

                                                                          Edward J. Maney, Trustee

cc:    Pro-se Case
        TRACI L. BROWN